AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>437 NEW YORK AVENUE, NW,<br>#901, WASHINGTON, D.C. 20001 | )<br>)<br>)  Case: 1:18-sw-00275<br>)  Assigned To : Magistrate Judge Deborah A. Robinson<br>)  Assign. Date : 10/03/2018<br>)  Description: Search and Seizure Warrant<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of the Application for a Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before  October 17, 2018  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Deborah A. Robinson _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  10/3/18 @ 6:17 pm     _____
                                              *Judge's signature*

City and state:  Washington, D.C.            Deborah A. Robinson, United States Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>10/3/18 | Copy of warrant and inventory left with:<br>ON SITE |
| Inventory made in the presence of :  SA MANNING | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SEE ATTACHED

**FILED**
OCT - 4 2018
Clerk, U.S. District and
Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/4/18

_____
Executing officer's signature

BELL, JASON   CAPTAIN
Printed name and title

CP-1588
(08/18)



# UNITED STATES CAPITOL POLICE
## Investigations Division
## Receipt for Property

Item(s) listed below were (check one): ✓ Collected / Seized, ___ Received From, ___ Returned To, ___ Released To

Name:

Address: 437 New York Avenue, NW #901 Washington, DC 20001

Date: 10-3-18

| Item Description | Quantity |
| --- | --- |
| Black cell phone | 1 |
| Green Plastic Zip Bag w/ Various storage items | Various |
| Congressional ID Card | 1 |
| Acer Laptop w/ Red & Black Scandisk | 1 |
| Red & Black Scandisk | 1 |
| Silver Laptop (G) | 1 |
| Olympus Digital Voice Recorder | 1 |
| Samsung White Tablet | 1 |
| Apple Laptop | 1 |
| Scandisk SD Card (from Canon Camera) | 1 |
| Amazon Tablet (black) | 1 |
| Nintendo 3DS | 1 |
| Apple iPad | 1 |
| Sony PS Vita | 1 |
| Blue Amazon Tablet | 1 |
| Manilla Envelope w/ cellphone | 1 |
| Notepad | 1 |
| Thumb Drives | 4 |
| Name Stamper | 6 |
| Thumb Drives | 6 |
| Samsung SSD Drive w/ Cord | 1 |
| Asus CPU & Power Cord | 1 |
| Logi | 1 |
| Scandisk Drive | 1 |

SIGNATURE: [signature] #5432    DATE: 10-3-18

SIGNATURE OF WITNESS: [signature]    DATE: 10-3-18

ID AGENT – BLUE    Page 1 of 2

CP-1588
(08/18)



# UNITED STATES CAPITOL POLICE
## Investigations Division
### Receipt for Property

Item(s) listed below were (check one): ✓ Collected / Seized, ___ Received From, ___ Returned To, ___ Released To

**Name:**

**Address:** 437 New York Avenue, NW #701 Washington, DC 20001

**Date:**

| Item Description | Quantity |
|---|---|
| Misc. papers | Various |
| white powder | — |
| drug paraphernalia | — |
| Congressional Maggie Hassan Envelopes & letterhead | Various |
| small lock box w/ white powdery substance | 1 |
| numerous smoke pipes & | Various |
| drug paraphernalia | |
| 1 ice steam box | 1 |
| Nintendo Switch | 1 |
| Playstation 4 w/ cord | 1 |
| X-box 1 console | 1 |

**SIGNATURE:** [signed] #5432   **DATE:** 10-3-18

**SIGNATURE OF WITNESS:** [signed]   **DATE:** 10-3-18

ID AGENT – BLUE                Page 2 of 2

## ATTACHMENT A-1

*Property to be searched*

The property to be searched is 437 New York Avenue, N.W., #901, Washington, D.C. 20001, further described as a red brick building, with a circular arch over the front door, abutting an alleyway. Apartment #901 has a vanilla-colored door with a brown casing and silver door handle. The numbers, "901" can be seen on the front of the door above a keyhole.



## ATTACHMENT B

*Property to be seized*

1.  The items to be seized are fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, relating to violations of, *inter alia*, 18 U.S.C. § 119 (Making Public Restricted Personal Information), 18 U.S.C. § 875(d) (Threats in Interstate Communications), 18 U.S.C. § 1030(a)(3) (Unauthorized Access of a Government Computer), 18 U.S.C. § 1028(a)(7) (Identity Theft), 18 U.S.C. § 1512(b)(3) (Witness Tampering), D.C. Code § 22-801(b) (Second Degree Burglary), and D.C. Code § 22-3302(b) (Unlawful Entry), all as described in the search warrant affidavit, including, but not limited to:

   a. Information concerning the identity of the person or persons who committed the offenses;

   b. Information concerning the identity of the device or devices that were used in connection with the offenses;

   c. Information concerning the user accounts, electronic accounts, and/or email accounts that were used in connection with the offenses;

   d. Information concerning the preparation for and execution of the above-listed offenses, including the collection of restricted personal data;

   e. Information concerning the access to, theft of, copying of, distribution of and/or publication of restricted personal data of members of the United States Congress;

   f. Information concerning login credentials for access to computers or computer accounts associated with the United States Senate and the United States House of

Representatives, including but not limited to usernames and passwords and other means of access, such as Witness 3;

g. Records and information relating to unauthorized access of computers or computer accounts associated with the United States Senate and the United States House of Representatives;

h. Records and information relating to the victims, the Wikipedia pages, and any other related internet services accounts, including not limited to posting personal information about the victims, such as U.S. Senators 1 through 5 and others;

i. Records and information relating to COSKO's use of the following IP addresses to facilitate the crimes enumerated *supra*, which include: 143.231.249.130, 143.231.249.136; and, 156.33.195.125.

j. Records and information relating to communications with Internet Protocol addresses associated with the United States Congress;

k. Records and information related to threatening communications, witness intimidation, or other obstruction of justice, such as evidence of any message(s) sent to Witness 2;

l. Records and information related to COSKO's state of mind at the time of the offenses;

m. Records and information relating to email accounts, virtual private networks, virtual private servers, cloud accounts, and other online accounts used by COSKO and any other co-conspirators or aiders and abettors; and

    n. Records and information relating to the identity or location of perpetrators, aiders and abettors, coconspirators, and accessories after the fact, including but not limited to evidence showing control over accounts or facilities used in the commission of the offenses.

2. Digital devices used in the commission of, or to facilitate, the above described offenses, including digital devices used to communicate details and instructions in order to further the commission of the above described offenses.

3. For any digital device which is capable of containing and reasonably could contain fruits, evidence, information, contraband, or instrumentalities as described in the search warrant affidavit and above, including but not limited to an Apple device referenced in the search warrant affidavit (herein, the "TARGET DEVICES"):

    a. evidence of who used, owned, or controlled the TARGET DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence of software, or the lack thereof, that would allow others to control the TARGET DEVICES, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. evidence of the attachment to the TARGET DEVICES of other storage devices or similar containers for electronic evidence;

    d. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the TARGET DEVICES;

    e. evidence of the times the TARGET DEVICES were used;

    f. passwords, encryption keys, and other access devices that may be necessary to access the TARGET DEVICES;

    g. documentation and manuals that may be necessary to access the Device(s) or to conduct a forensic examination of the TARGET DEVICES;

    h. records of or information about Internet Protocol addresses used by the TARGET DEVICES; and

    i. records of or information about the TARGET DEVICES's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4.     Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "digital devices" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop computers, laptop

computers, notebooks, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, USB flash drives, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); security devices; and any other type of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions.